### Stegall vs. Baker.

Complaint, from Bartow. New Trial. (Before 'Judge Fain.)

Blandford, J.—Where the issues of fact are contested, and the evi-

dence upon them is conflicting, this court will not interfere with the discretion of the court below in granting a first new trial.

Judgment affirmed.

Milner, Akin & Harris, for plaintiff in error.
W. C. Glenn; J. A. Baker, for defendant.